McGREGOR W. SCOTT
United States Attorney

JEFFREY S. SWYERS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 514-6507

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,    ) | | |
| ) | CASE NO. CV-F-02-5141  REC/DLB | |
| ) | | |
| Plaintiff,    ) | **STIPULATION TO CONTINUE** | |
| ) | **PRETRIAL CONFERENCE AND** | |
| vs.    ) | **TRIAL** | |
| ) | | |
| ) | Continued Date For Pretrial Conf: | |
| JAMES LITTLE, et al.,    ) | September 2, 2005 at 1:30 pm | |
| ) | Continued Date For Trial: | |
| ) | October 11, 2005 at 9:00 am | |
| Defendant.    ) | | |
| ) | Before Robert E. Coyle | |
| ) | Senior United States District Judge | |
| ) | | |
| ) | | |
| ) | | |
| ) | | |
| _____) | | |

   IT IS HEREBY STIPULATED AND AGREED between counsel for the United States,

counsel for the California Franchise Tax Board, and defendants, James and Lorna Little, and

Allen Casselman, as Trustee of Alpha Company, that the Pretrial Conference set for May 13,

2005 should be continued to September 2, 2005, and that the trial date, presently scheduled for

July 12, 2005 should be continued to October 11, 2005.  The reason for the stipulated / requested continuance is that there are presently three dispositive motions pending.  All three motions are set for hearing on June 27, 2005.


|  |  |
|---|---|
| Dated:  5/10/05 | /s/ _____<br>JEFFREY S. SWYERS<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C.  20044-0683<br>Telephone:  (202) 514-6507<br>Counsel for Plaintiff United States |
| Dated: 5/10/05 | /s/ _____<br>ALLEN CASSELMAN<br>as Trustee of Alpha Land Company<br>139 E. Tulare Ave. #333<br>Tulare, CA 93724<br>Telephone:  (559) 688-3644 |
| Dated: 5/9/05 | /s/<br>_____<br>JAMES LITTLE<br>General Delivery<br>Lemon Cove Post Office<br>Lemon Cove, CA 93244<br>Telephone: (559) 597-2594 |

2

Dated:  5/9/05                                                                          /s/
                                                                   _____
                                                                   LORNA LITTLE
                                                                   General Delivery
                                                                   Lemon Cove Post Office
                                                                   Lemon Cove, CA 93244
                                                                   Telephone: (559) 597-2594


                                                                                        /s/
Dated:  5/06/05                                                    _____
                                                                   ROBERT E. ASPERGER
                                                                   Office of the Attorney General
                                                                   300 I Street, Suite 125
                                                                   Sacramento, CA 95814
                                                                   Telephone: (916) 327-7852



IT IS SO ORDERED:


Date: 5/11/05                                                      /s/ ROBERT E. COYLE
                                                                   ROBERT E. COYLE
                                                                   UNITED STATES DISTRICT JUDGE

3

## Certificate of Service

It is hereby certified that service of the foregoing stipulation for continuance, has been made this 10th day of May, 2005, by United States mail, postage prepaid , and addressed to:

1. James Little
   General Delivery
   Lemon Cove, CA 93244

2. Lorna Little
   General Delivery
   Lemon Cove, CA 93244

3. Robert E. Asperger
   Deputy Attorney General
   State of California, Franchise Tax Board
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550

4. Allen Casselman
   as Trustee of Alpha Land Company
   139 E. Tulare Ave. #333
   Tulare, CA 93724

/s/
JEFFREY S. SWYERS

4