McGREGOR W. SCOTT
United States Attorney

JEFFREY S. SWYERS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 514-6507

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JAMES LITTLE, et al.,<br><br>  Defendant. | CASE NO. CV-F-02-5141  REC/DLB<br><br>**STIPULATION CONTINUING HEARINGS ON MOTION TO DISMISS OF DEFENDANT ALLEN CASSELMAN, TRUSTEE FOR ALPHA LAND COMPANY, DEFENDANT JAMES AND LORNA LITTLE'S MOTION TO DISMISS, and the UNITED STATES' MOTION FOR SUMMARY JUDGMENT.**<br><br>Continued Date: August 29, 2005<br>Time:  1:30 p.m.<br><br>Before Robert E. Coyle<br>Senior United States District Judge |

   IT IS HEREBY STIPULATED AND AGREED between counsel for the United States

and defendants, James and Lorna Little, and Allen Casselman, as Trustee of Alpha Company,

452373.1

that the hearings on Mr. Casselman's motion to dismiss (Ct. Dk. No. 91), the United States' Motion For Summary Judgment (Ct. Dk. No. 100), and the Littles' Motion To Dismiss For Lack of Legislative Jurisdiction (Ct. Dk. No. 102) should be continued to August 29, 2005 at 1:30 p.m.

Dated:  August 3, 2005

/s/ Jeffrey S. Swyers
_____
JEFFREY S. SWYERS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 514-6507
Counsel for Plaintiff United States

Dated:  July 27, 2005

/s/ Allen Casselman
_____
ALLEN CASSELMAN
as Trustee of Alpha Land Company
139 E. Tulare Ave. #333
Tulare, CA 93724
Telephone:  (559) 688-3644

Dated: July 29, 2005

/s/ James Little
_____
JAMES LITTLE
General Delivery
Lemon Cove Post Office
Lemon Cove, CA 93244
Telephone: (559) 597-2594

Dated: July 27, 2005

/s/ Lorna Little
_____
LORNA LITTLE
General Delivery
Lemon Cove Post Office
Lemon Cove, CA 93244
Telephone: (559) 597-2594

IT IS SO ORDERED:


Date:___August 3, 2005                    /s/ ROBERT E. COYLE
                                                                         ROBERT E. COYLE
                                                                         UNITED STATES DISTRICT JUDGE

## Certificate of Service

It is hereby certified that service of the foregoing Stipulation Continuing Hearings, has been made this 3rd day of August, 2005, by United States mail, postage prepaid, and addressed to:

1. James Little
   General Delivery
   Lemon Cove, CA 93244

2. Lorna Little
   General Delivery
   Lemon Cove, CA 93244

3. Robert E. Asperger
   Deputy Attorney General
   State of California, Franchise Tax Board
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550

4. Allen Casselman
   as Trustee of Alpha Land Company
   139 E. Tulare Ave. #333
   Tulare, CA 93724

/s/ Jeffrey S. Swyers
JEFFREY S. SWYERS

452373.1