McGREGOR W. SCOTT
United States Attorney

JEFFREY S. SWYERS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 514-6507

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 1: 02 CV 5141 REC DLB |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **PRETRIAL CONFERENCE AND** |
| vs. | ) | **TRIAL** |
| | ) | |
| | ) | Pretrial Conf: |
| JAMES LITTLE, et al., | ) | November, 18 2005 at 1:30 pm |
| | ) | Before: Magistrate Judge Beck |
| | ) | |
| Defendant. | ) | Trial: |
| | ) | January 10, 2006 at 9:00 am |
| | ) | |
| | ) | Before Robert E. Coyle |
| _____ | ) | Senior United States District Judge |

   IT IS HEREBY STIPULATED AND AGREED between counsel for the United States,

counsel for the California Franchise Tax Board, and defendants, James and Lorna Little, and

Allen Casselman, as Trustee of Alpha Company, that the Pretrial Conference set for September

2,  2005 should be continued to November 18, 2005, and that the trial date, presently scheduled

for October 11, 2005 should be continued to January 10, 2006.  The reason for the stipulated /

requested continuance is that there are presently three dispositive motions pending.  All three motions are set for hearing on August 29, 2005.

Dated:    9/1/2005              /s/ Jeffrey S. Swyers
                                JEFFREY S. SWYERS
                                Trial Attorney, Tax Division
                                U.S. Department of Justice
                                P.O. Box 683
                                Ben Franklin Station
                                Washington, D.C.  20044-0683
                                Telephone:  (202) 514-6507
                                Counsel for Plaintiff United States

Dated:    8/31/2005             /s/ Allen Casselman
                                ALLEN CASSELMAN
                                as Trustee of Alpha Land Company
                                139 E. Tulare Ave. #333
                                Tulare, CA 93724
                                Telephone:  (559) 688-3644

Dated:   8/31/2005              /s/ James Little
                                JAMES LITTLE
                                General Delivery
                                Lemon Cove Post Office
                                Lemon Cove, CA 93244
                                Telephone: (559) 597-2594

Dated:    8/31/2005             /s/ Lorna Little
                                LORNA LITTLE
                                General Delivery
                                Lemon Cove Post Office
                                Lemon Cove, CA 93244
                                Telephone: (559) 597-2594

   IT IS SO ORDERED.

   Dated:    **September 1, 2005**            **/s/ Dennis L. Beck**
3b142a                          UNITED STATES MAGISTRATE JUDGE