McGREGOR W. SCOTT
United States Attorney

JEFFREY S. SWYERS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 514-6507

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 1: 02 CV 5141  REC/DLB |
| | ) | |
| Plaintiff, | ) | **STIPULATION and ORDER TO** |
| | ) | **CONTINUE** |
| vs. | ) | **PRETRIAL CONFERENCE AND** |
| | ) | **TRIAL** |
| | ) | |
| JAMES LITTLE, et al., | ) | Continued Date For Pretrial Conf: |
| | ) | January 13, 2006 at 1:30 pm |
| | ) | Continued Date For Trial: |
| Defendant. | ) | March 20, 2006 at 9:00 am |
| | ) | |
| | ) | Before Robert E. Coyle |
| | ) | Senior United States District Judge |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between counsel for the United States,

counsel for the California Franchise Tax Board, and defendants, James and Lorna Little that the

1425861.1

Pretrial Conference set for November 18, 2005 should be continued to January 13, 2006 at 1:30 pm, and that the trial date, presently scheduled for to January 10, 2006 should be continued to March 20, 2006.  The reason for the stipulated / requested continuance is that at the present time the Court has granted partial summary judgment in favor of the United States as to the Littles' tax liability, and the Court has granted default judgment against Trustee Casselman.  The Littles have filed a motion to reconsider which is not scheduled to be heard until December 12, 2005.  Furthermore, settlement discussions have begun, and there appears to be a realistic possibility of settlement.

Dated:   11/15/05

/s/ Jeffrey S. Swyers
_____
JEFFREY S. SWYERS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 514-6507
Counsel for Plaintiff United States

Dated:  11/14/05

/s/ James Little
_____
JAMES LITTLE
General Delivery
Lemon Cove Post Office
Lemon Cove, CA 93244
Telephone: (559) 597-2594

Dated:   11/14/05

/s/ Lorna Little
_____
LORNA LITTLE
General Delivery
Lemon Cove Post Office
Lemon Cove, CA 93244
Telephone: (559) 597-2594


Dated: 11/15/05

 /s/ Robert Asperger
_____
ROBERT EDWARD ASPERGER
Office of the Attorney General
1300 I Street
Sacramento, California 95814
Telephone: (916) 327-7852
Attorney for the California Franchise
Tax Board.


IT IS SO ORDERED.

Dated:   **November 15, 2005**                   **/s/ Dennis L. Beck**
3b142a                                          UNITED STATES MAGISTRATE JUDGE