McGREGOR W. SCOTT
United States Attorney

JEFFREY S. SWYERS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 514-6507

Attorneys for the United States


## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. CV-F-02-5141  REC/DLB |
| | ) | |
| Plaintiff, | ) | **STIPULATION CONTINUING** |
| | ) | **HEARING ON MOTION TO** |
| vs. | ) | **VACATE OF DEFENDANTS** |
| | ) | **JAMES AND LORNA LITTLE** |
| | ) | |
| JAMES LITTLE, et al., | ) | Continued Date: February 13, 2006 |
| | ) | Time:  1:30 p.m. |
| | ) | |
| Defendant. | ) | Before Robert E. Coyle |
| | ) | Senior United States District Judge |
| | ) | |

_____

IT IS HEREBY STIPULATED AND AGREED between counsel for the United States

and defendants, James and Lorna Little, that the hearing on the Littles' Motion To Vacate (Ct.

1449938.1

Dk. No. 133) should be continued to February 13, 2006 at 1:30 p.m.  Accordingly, the United

States' response to said motion shall be due by January 30, 2006, and the Littles' reply, if any,

shall be due by February 8, 2006.

       /s/ Jeffrey S. Swyers

Dated: <u>December 5, 2005</u>

_____

JEFFREY S. SWYERS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 514-6507
Counsel for Plaintiff United States


    /s/ James Little

Dated: <u>December 5, 2005</u>

_____

JAMES LITTLE
General Delivery
Lemon Cove Post Office
Lemon Cove, CA 93244
Telephone: (559) 597-2594


Dated: <u>December 5, 2005</u>       /s/ Lorna Little

_____

LORNA LITTLE
General Delivery
Lemon Cove Post Office
Lemon Cove, CA 93244
Telephone: (559) 597-2594


IT IS SO ORDERED:


Date:__December 6, 2005       /s/ ROBERT E. COYLE
       ROBERT E. COYLE
       UNITED STATES DISTRICT JUDGE