# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV-F-01-5141 LJO DLB |
| Plaintiff, | ORDER TO CONSOLIDATE HEARING DATES AND CLARIFY STATUS |
| vs. | |
| JAMES LITTLE, et al., | Hearing Date: April 9, 2007<br>Time: 8:30am |
| Defendants. | Courtroom: 8 |

Upon further review of this newly-reassigned file, this Court will neither vacate nor countermand the notice issued on January 31, 2007 by Judge Oliver W. Wanger. Rather than entertaining or striking sua sponte defendants' Motion to Vacate Partial Summary Judgment filed on January 26, 2007, this Court will consider this Motion as an Opposition to Plaintiff's Motion for Summary Judgment filed on January 26, 2007. Thus, the hearing on the Motion to Vacate Partial Summary Judgement, originally reset by this Court for March 19, 2007, is hereby VACATED. The hearing set for April 9, 2007 at 8:30 a.m. will remain intact unless the Court makes a decision that oral argument is not needed to decide the matters before it.

The Court reminds the parties that all evidence and responsive filings that you wish considered, should be submitted prior to the hearing date, and in a timely fashion, in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of California. Failure to submit such documents and such arguments may well result in this Court's not considering them before reaching its decision.

IT IS SO ORDERED.

**Dated:   February 21, 2007**          /s/ Lawrence J. O'Neill

1

| | | |
|---|---|---|
| 1 | b9ed48 | UNITED STATES DISTRICT JUDGE |