FILED

March 21, 2007

Clerk, U. S. District Court
Eastern District of California

By_____
　　　　Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| USA,<br>　　　　Plaintiff,<br>　　vs.<br>James Little, et.al.<br>　　　　Defendant. | **DEFAULT JUDGMENT**<br><br>**CIV-F-1:02cv5141 LJO-DLB** |

DEFAULT JUDGMENT IS HEREBY ENTERED in favor of the USA and against the Defendants Nancy Casselman, Shawn Ray Enterprises and Robert Hogue.

Date: March 21, 2007

　　　　　　　　　　　　　　　Victoria C. Minor, Clerk

　　　　　　　　　　　　　　　/s/ A. Timken
_____　　　_____
　　　　　　　　　　　　　　　By A. Timken, Deputy Clerk

dfltjgm

dfltjgm