**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>     vs.<br><br>JAMES LITTLE, LORNA MARIE LITTLE, CALIFORNIA FRANCHISE TAX BOARD, COUNTY OF TULARE, NICKLAS ARTHUR HOFFMAN, RICHARD N. CAIRNS, JR., THOMAS M. CAIRNS, ALLEN CASSELMAN, as trustee, SHAWN RAY ENTERPRISE, NANCY CASSELMAN, Trustee of Alpha Land Company, ALLEN TRUSTEE OF ALPHA LAND COMPANY, ROBERT HOGUE, Legal Trustee of Mount Carmel Trust,<br><br>Defendants.<br>_____/ | CASE NO. CV-F-02-5141 LJO DLB<br><br>**ORDER DENYING MOTIONS**<br>(Doc. 179) |

    This Court entered a final judgment in this action on March 27, 2007 (Docs. 172, 173). On April 19, 2007, Defendants James and Lorna Maria Little ("the Littles") filed a series of documents. Those motions were denied by this Court by order filed on April 24, 2007. (Doc. 178). A document filed by the Littles on April 19, 2007, along with those already considered by this Court in the April 24, 2007 Order, was entered by the clerk of this court on April 27, 2007. (Doc. 179, filed 4/19/2007 but entered 4/27/07). The latest filing has a lengthy title, however, it merely raises arguments previously argued and decided by this Court. See Order Granting Pl. Mot. For Summary Judgment, n.1 (Doc. 169) and

1 Doc. 178. No new arguments appear in this filing that have not been considered and rejected previously
2 by this Court. Furthermore, this motion is untimely made. This Court has issued a final judgment
3 pursuant to Fed. R. Civ. P. 56. Therefore, these motions are DENIED.

      IT IS SO ORDERED.

**Dated:**   **May 1, 2007**            **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE