IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JAMES LITTLE, LORNA MARIE LITTLE, CALIFORNIA FRANCHISE TAX BOARD, COUNTY OF TULARE, NICKLAS ARTHUR HOFFMAN, RICHARD N. CAIRNS, JR., THOMAS M. CAIRNS, ALLEN CASSELMAN, as trustee, SHAWN RAY ENTERPRISE, NANCY CASSELMAN, Trustee of Alpha Land Company, ALLEN TRUSTEE OF ALPHA LAND COMPANY, ROBERT HOGUE, Legal Trustee of Mount Carmel Trust,<br><br>  Defendants.<br>_____/ | CASE NO. CV-F-02-5141 LJO DLB<br><br>**ORDER TO CONFIRM JUDICIAL SALE AND DISTRIBUTE PROCEEDS** |

The United States brought this suit to reduce to judgment federal tax liens against taxpayers James Little and Lorna Little and to enforce federal tax liens on their 33-acre olive and orange ranch in Tulare County, California. On March 27, 2007, this Court entered a final Judgement for unpaid tax, penalties, and interest against James Little in the amount of $925,016.16 and against Lorna Little in the amount of $806,936.83, plus interest, penalties, and other statutory additions. On March 19, 2008, this Court entered an Order of Judicial Sale pursuant to the final Judgment and directed the Internal Revenue Service to sell property of the Judgment debtors James Little and Lorna Little and report the sale to the

Court. The Order permitted the sale of the properly commonly known as 23009 Avenue 320, Lemon Cove, Tulare County, California 93244 ("the Lemon Cove Property"), and more particularly described as follows:

> LOTS 8, 9, 10, 11, 13 AND 14 OF LINDCOVE REALTY COMPANY'S SUBDIVISION OF THE BROWN AND LEVINSON RANCH, LYING EAST OF PALM AVENUE, AS PER MAP RECORDED IN BOOK 7 OF MAPS, PAGE 54, TULARE COUNTY RECORDS, BEING SITUATED IN THE NORTHWEST QUARTER OF SECTION 16, TOWNSHIP 18 SOUTH, RANGE 27 EAST, M.D.B.M., IN THE UNINCORPORATED AREA OF THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.
>
> EXCEPTING THEREFROM THAT PORTION LYING EAST OF THE CENTERLINE OF FOOTHILL DITCH.
>
> TOGETHER WITH THAT PORTION OF THE ABANDONED ROAD LYING ADJACENT TO LOTS 13 AND 14 ON THE WEST AS ABANDONED BY THE TULARE COUNTY BOARD OF SUPERVISORS IN DOCUMENT RECORDED MARCH 15, 1926 IN BOOK 148, PAGE 143 OF OFFICIAL RECORDS.

The United States reports, and the Court so finds, that the sale was publicized in accordance with 28 U.S.C. §2001. For four weeks prior to August 12, 2008, a newspaper of general circulation in Tulare County published a notice of the sale. There were two sets of advertising, as the sale was postponed to adjudicate certain water rights.

On August 12, 2008 at 11:30 a.m. at the Lemon Cove Property, the United States offered for sale at public auction to the highest bidder the property described above. Four bidders registered at the sale and 14 people were present, including local media. The successful bidder, Jean-Claude Dercle ("the purchaser"), bid $644,000 (the "purchase price") for the Lemon Cove Property and associated water rights, as identified in the Second Order of Judicial Sale, entered on June 30, 2008 in this matter. The purchaser fully paid the purchase price to the IRS Property Appraisal and Liquidation Specialist, who then deposited the funds to the Court.

The Property Appraisal and Liquidation Specialist incurred reasonable and necessary expenses to complete the sale, including costs to advertise the sale, irrigate and monitor the crop, and run irrigation pumps. Counsel for the State of California and the United States previously stipulated that two of the California Franchise Tax Board liens are senior in priority to the federal tax liens. The remaining federal tax liens, as reduced to judgment in this case, are sufficient to exhaust the remaining proceeds.

The United States requests a distribution of the sales proceeds to first pay the expenses of the sale

1  and then to partially pay the judgment in this case.

2  In accordance with the foregoing, and for good cause shown, this Court orders as follows:

3  IT IS ORDERED THAT the sale on August 12, 2008, of the Lemon Cove Property and the
4  related water rights was conducted properly and no objection was filed.  The sale is hereby
5  CONFIRMED;

6  IT IS FURTHER ORDERED THAT the Internal Revenue Service is authorized to execute and
7  deliver to the purchaser a Certificate of Sale and Deed to convey the Lemon Cove Property to him or
8  to his assignee.  In addition, the Internal Revenue Service is authorized to convey the shares of the
9  Littles' Wallace Ranch Water company to the purchaser;

10 IT IS FURTHER ORDERED THAT, on delivery of the Certificate of Sale and Deed, all interests
11 in, liens against, or claims to the Lemon Cove Property that are held or asserted in this action by the
12 plaintiff or any of the defendants are discharged.  On delivery of the Certificate of Sale and Deed, the
13 Lemon Cove Property shall be free and clear of the interests of defendants James Little; Lorna Little;
14 State of California Franchise Tax Board; County of Tulare; Nicklas Arthur Hoffman; Richard N. Cairns,
15 Jr.; Thomas M. Cairns; Shawn Ray Enterprise; Nancy Casselman as Trustee of Alpha Land Company;
16 Allen Casselman as Trustee of Alpha Land Company; and Robert Hogue as Legal Trustee of Mount
17 Carmel Trust;

18 IT IS FURTHER ORDERED THAT possession of the property sold shall be yielded to the
19 purchaser upon the production of a copy of the Certificate of Sale and Deed; and if there is a refusal to
20 so yield, a Writ of Assistance may, without further notice, be issued by the Clerk of this Court to compel
21 delivery of the Lemon Cove Property to the purchaser;

22 IT IS FURTHER ORDERED THAT the Clerk shall distribute the funds on deposit in this case
23 as follows:

24 A.    First, by check made payable to the "Internal Revenue Service" in the amount of
25       $5,524.76 for costs of sale, mailed to:

26       Douglas McDonald,
         Property Appraisal & Liquidation Specialist
27       751 Daily Dr. Ste 100
         Camarillo, CA 93010
28

B. Second, by check made payable to the "Franchise Tax Board" in the amount of $43,627.36 for unpaid California income tax of James Little for 1991 and 1992, mailed to:

>   Robert E. Asperger
>   Deputy Attorney General
>   State of California
>   PO Box 944255
>   1300 I Street, Suite 125
>   Sacramento, CA 94244-2550

C. Third, the entire remaining balance, without reduction for registry fees, for application to the judgment debt in this case, by check made payable to the "United States Treasury," mailed to:

>   Office of Review, Tax Division
>   PO Box 310
>   Ben Franklin Station
>   Washington, DC 20044

IT IS SO ORDERED.

**Dated:   December 5, 2008**                    **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE